■ CREDIT DEPARTMENT, INC., et al. v. JULIUS J. BLUMENFELD.— Motion for stay granted on condition that the plaintiffs-appellants-respondents file and serve upon the defendant-respondent-appellant a written undertaking in the amount of $25,000, within 10 days after the entry of the order herein, to secure payment of any damage which might be sustained by the defendant-respondent-appellant by reason of said stay, and on the further condition that the plaintiffs-appellants-respondents serve and file a notice of argument for the September 1960 Term of this court on or before August 9, 1960, said appeal to be argued or submitted when reached. The points of the defendant-respondent-appellant are to be served and filed on or before June 30, 1960. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ In the Matter of JEROME S. SHULMAN, an Attorney. In the Matter of MILTON TEPLIN (Also Known as MILTON A. TEPLIN), an Attorney.— Motion for reinstatement to the Bar granted. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of BENEDICT BRUCIA, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ In the Matter of MARVIN NEILL KRUMHOLZ for Admission to the Bar.— Motion to renew application for admission to the Bar granted. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of FILM PRODUCERS ASSOCIATION OF NEW YORK, INC. In the Matter of the Arbitration between SCREEN DIRECTORS INTERNATIONAL GUILD and FILM PRODUCERS ASSOCIATION OF NEW YORK, INC.— Motion for a stay granted and the respondent, Screen Directors International Guild, and their attorney are stayed and restrained from conducting, prosecuting, continuing or participating in any arbitration proceedings between the parties hereto, pending the hearing and determination of the appeal, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before June 9, 1960, with notice of argument for June 16, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before June 14, 1960 — 4:00 P.M. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

### (June 6, 1960)

■ In the Matter of IRIDE DONOHUE, as Administratrix. LEO POLLACK.— Motion for an order opening the disciplinary file of Leo Pollack denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.